# COPLEY *v.* SNOW.

Where a plaintiff, after obtaining judgment, causes a *fi. fa.* to be issued, and propounds interrogatories to a third person under the stat. of 29 March, 1839, and obtains a judgment against him, in case of an appeal by the defendant from the judgment against the person interrogated, he must be made a party to the appeal, or, it will be dismissed. Being interested in the judgment, it can neither be affirmed nor reversed without giving him an opportunity of being heard.

Copley
v.
Snow.

APPEAL from the District Court of Caldwell, *Barry*, J. *Copley*, plaintiff, pro se. *Purvis*, on the same side. *Garrett*, for the appellant. The judgment of the court was pronounced by

King, J. The plaintiff has moved to dismiss this appeal, on the ground, among others, that the appellant has failed to bring before this court all the parties interested in the judgment of the court of the first instance. The motion must prevail.

The plaintiff caused an execution to issue on a judgment obtained by him against the defendant, and, while the writ was in the hands of the sheriff, made *Trotter* a garnishee, under the provisions of the act of 1839. A judgment was rendered against *Trotter*, from which the defendant *Snow* has appealed. The garnishee has neither appeared nor been made a party to the appeal. He is interested in the judgment of the inferior court, which this court can neither affirm nor reverse, without giving him an opportunity of being heard. 5 Rob. 224. 12 Rob. 180, 203.        *Appeal dismissed.*